# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MINNESOTA

Ingrid Johnson and Ingrid Johnson on behalf of a minor child RR

Plaintiffs, Pro Se,

v.

RECEIVED BY MAIL

SEP 1 5 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Karl Reinke (Federally Defaulted see Affidavit and Proof of Service); Erica Knauf Santos (Federally Defaulted via Alter ego see Affidavit and Proof of Service); Microsoft Corporation; Kimberly Frederick, Leesa Manion, Seattle Police Department, OpenAI, Inc.; Robert "Bob" Ferguson.; Travelers Indemnity Company; Ryan Ellis, TikTok Inc.; LinkedIn Corporation; Karen Mitchell, Royal Caribbean Cruises Ltd.; Kimberly Frederick; Leesa Manion; Bob Ferguson; Monica Cary

Defendants.

Case No. 25-cv-3680-KMM/JFD

# COMPLAINT

1. Plaintiffs Ingrid Johnson and her minor child RR are individuals who have suffered harm through the acts of the named Defendants.
2. Defendants Karl Reinke and Erica Knauf Santos are already in default in prior proceedings. Exhibits showing intake stamps and default dates are attached.
3. Other named Defendants include corporations, state actors, institutions and individuals associated with the same course of conduct including retaliation.
4. Plaintiffs file this action under federal law, including the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961–1964.



SCANNED
SEP 1 5 2025
U.S. DISTRICT COURT MPLS

Respectfully submitted,

Ingrid Johnson

Due to Illegal Eviction Plaintiff has no permanent, stable residence and is using short-term rentals

Please send correspondence to:

Ingrid Johnson

C/O Carolynn Comstock

2507 Bryce Ct

Anacortes WA 98221

Date: 9-11-25

Also reachable via email at:

techingridj@gmail.com