**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Ingrid Johnson, and on behalf of a minor child R R, | No. 25-cv-3680 (KMM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Karl Reinke; Erica Knauf Santos; Microsoft Corporation; Kimberly Frederick; Leesa Manion; Seattle Police Department; OpenAI, Inc.; Robert Ferguson, Bob; Travelers Indemnity Company; Ryan Ellis; TikTok, Inc.; LinkedIn Corporation; Royal Caribbean Cruises Ltd.; and Monica Cary, | |
| Defendants. | |

On September 19, 2025, the Court dismissed this case without prejudice pursuant to 28 U.S.C. § 1406(a). (Dkt. 5.) In the dismissal Order, the Court determined that the District of Minnesota was not the correct venue. (*Id.* at 2.) The Court also declined to transfer the case to another venue because (1) Plaintiff failed to plead her civil-RICO claims with particularity, (2) the action was similar to another case that the United States District Court for the Northern District of Texas had recently dismissed as frivolous and duplicative of another case Plaintiff had previously filed, and (3) transferring the case would allow Plaintiff to circumvent filing restrictions imposed upon her by the Northern District of Texas and elsewhere. (*Id.* at 2–3.)

1

On March 23, 2026, Plaintiff filed an "Emergency Motion to Strike and Vacate All Vexatious-Litigant Orders and Labels Under the Americans with Disabilities Act, ADAAA, and Section 504—Record-Cleaning Only." (Dkt. 7.) In it, she asks this Court to vacate filing restrictions imposed "in this and all related actions." (*Id.* at 1.) The Court has not entered a filing restriction in this case, and it cannot vacate an order imposing filing restrictions that was entered by another federal district court or a state court. Accordingly, Plaintiff's motion is **DENIED**.

Plaintiff also filed a motion asking to the Court to keep certain documents she has filed under seal. (Dkt. 10.) This motion is **GRANTED**. The Clerk of Court is instructed to keep Exhibits 3 (Dkt. 9), 4 (Dkt. 9-1), and 7 (Dkt. 9-2) under seal.

**IT IS SO ORDERED**.

Date: April 8, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge